## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Cathryn L. Coiro

Debtor(s)

CHAPTER 13

BKY. NO. 24-21051 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
09 Mar 2026, 10:13:54, EDT

Denise Carlon, Esq. (317226)     ☐
Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 314ff03713f06c4e78c208966504814756886721e125eb0ce2bab18b8f9a97f1